IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HOWARD ROTHENBERG, d/b/a HOWARD ROTHENBERG AND ASSOCIATES,** : | CIVIL ACTION NO. 3:18-CV-358 |
| : | |
| : | (Chief Judge Conner) |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **JOHN F. HECTOR, ESQUIRE,** *et al.*, : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 5th day of April, 2018, upon consideration of the motion (Doc. 3) to remand the above-captioned matter to the Court of Common Pleas of Wayne County, Pennsylvania, filed by plaintiff, and the court noting, as a threshold matter, that said motion is unopposed because defendants did not file a brief in opposition "within fourteen (14) days after service of the movant's brief" as required by the Local Rules of Court for the Middle District of Pennsylvania, see LOCAL RULE OF COURT 7.6, and the court concluding that it lacks subject matter jurisdiction because the amount in controversy as averred in the complaint—to wit: $33,000 in allegedly unpaid attorneys' fees, (see Doc. 1 at 8, 10)—does not and cannot exceed the sum or value of $75,000, see 28 U.S.C. § 1332(a); see also Werwinski v. Ford Motor Co., 286 F.3d 661, 666 (3d Cir. 2002), it is hereby ORDERED that:

1. Plaintiff's unopposed motion (Doc. 3) to remand the above-captioned action to Court of Common Pleas of Wayne County, Pennsylvania, is GRANTED.

2. This matter shall be REMANDED to the Court of Common Pleas of Wayne County, Pennsylvania.

3. Plaintiff's motion (Doc. 9) to dismiss defendants' answer and counterclaim (Doc. 5) is DISMISSED as moot.

4. The Clerk of Court is DIRECTED to close this case.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania